IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRANCE D. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-707-CB-N |
| | ) | |
| CHERYL PRICE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that the petitioner's Motion to Dismiss (doc. 5) his petition voluntarily is GRANTED, and this action DISMISSED without prejudice.

DONE this 22nd day of February, 2010.

/s/ *Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE